UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEYMAN BOHLORI,

        Plaintiff,

v.                                                      Case No. 11-CV-13826
                                                            Honorable Denise Page Hood
U.S. CONSULATE-GENERAL
DAHRAN, *et. al.*,

        Defendants.

_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date September 28, 2012, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

Dated at Detroit, Michigan this 28th day of September, 2012.

                                                                                DAVID J. WEAVER
                                                                                 CLERK OF THE COURT

                                                                                 BY: s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE